# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELLINA PEREZ, TABITHA DALTON, KAELA CHONG, and CHANDLER HEISS on behalf of themselves and all other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TORRID, LLC,<br><br>    Defendant. | Case No. 3:25-cv-06020-DGE<br><br>**DEFENDANT TORRID, LLC'S NOTICE OF RELATED CASE** |

    PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 3(g)(1) of the Western District of Washington, Defendant Torrid, LLC ("*Torrid*") hereby gives notices that this action is related to *Malina Brown v. Torrid LLC*, Case No. 2:25-cv-02329-JHC (the "*Brown*" matter), which was removed to the United States District Court for the Western District of Washington on November 19, 2025 and is currently assigned to the Honorable John H. Chun.  These cases meet the definition of "related cases" as set forth in Local Civil Rule 3(g), which provides that two cases are related when they (a) "concern substantially the same parties, property, transaction, or event," and (b) "it appears likely that there will be an unduly burdensome duplication of labor and expense or the potential for conflicting results if the cases are conducted before different judges."

    Here, both *Brown* and the present case are brought by Torrid consumers against Torrid, a designer, marketer, and retail seller of plus-size women's clothing and accessories, based on the theory that Torrid violates the Commercial Electronic Mail Act (CEMA), Chapter 19.190.020 RCW, and the Washington

DEFENDANT TORRID, LLC'S NOTICE OF RELATED CASE - 1

**Benesch Friedlander Coplan & Aronoff, LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
TEL (628) 600-2250  FAX (628) 221-5828

Consumer Protection Act (CPA), Chapter 19.86.020 RCW, by sending commercial emails with false or misleading subject lines to Washington residents. Plaintiffs in both cases allege that Torrid's subject lines create a false sense of urgency by misrepresenting that a sale would end on a certain date, when in fact the advertised promotions allegedly continued after that date.

There is also significant overlap between the putative classes. In *Perez*, Plaintiffs seek to represent a class of "[a]ll Washington citizens holding an email address to which Defendant sent or caused to be sent any email listed in Exhibit A during the Class Period [defined as the date four years before the class action was filed.]" (Dkt. 1-2, Compl. at ¶¶ 109-111.) In *Brown*, the putative class is defined to include "[a]ll residents of the State of Washington who, within the applicable limitations period, received an email from or at the behest of Defendant that contained in the subject line a 'xx% Off' or similar percentage-off statement." (Dkt. 1-2, Compl. at ¶ 50).

Given the significant overlap between the cases, it appears likely that there will be an unduly burdensome duplication of labor and expense or the potential for conflicting results if the cases are conducted before different judges.

For these reasons, Torrid submits that the cases are related within the meaning of Local Rule 3(g).

Dated: November 25, 2025

Respectfully submitted,

*/s/ Meegan B. Brooks*
MEEGAN B. BROOKS (WA Bar No. 62516)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: 628.600.2232
Email: mbrooks@beneschlaw.com

*Attorney for Defendant Torrid, LLC*

DEFENDANT TORRID, LLC'S NOTICE OF RELATED CASE - 2

**Benesch Friedlander Coplan & Aronoff, LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
TEL (628) 600-2250  FAX (628) 221-5828