IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELLINA PEREZ, TABITHA DALTON, KAELA CHONG, and CHANDLER HEISS on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TORRID, LLC,<br><br>Defendant. | Case No. 3:25-cv-06020-DGE<br><br>**STIPULATED MOTION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>January 5, 2026 |

Pursuant to Western District of Washington Local Rules 7 and 10, Plaintiffs Angellina Perez, Tabitha Dalton, Kaela Chong, Chandler Heiss, on their own behalf, and on behalf of all others similarly situated ("Plaintiffs") and Defendant Torrid, LLC ("Defendant"), together (the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1. Defendant's deadline to answer or otherwise respond to the Complaint in the above-captioned action is further extended for a total of thirty (30) days from January 12, 2026 to and including to February 11, 2026 and that should Defendant file a Motion to Dismiss, the following briefing schedule shall apply: (a) Plaintiff's Opposition shall be due April 13, 2026; and (b) Defendant's Reply shall be due April 27, 2026.

2. The Court's deadlines in Dkt. No. 5 (Order Regarding Initial Disclosures, Joint Status Report, Discover, Depositions, and Early Settlement) are continued thirty days:

STIPULATED MOTION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT - 1
Case No: 3:25-cv-06020-DGE

**Benesch Friedlander Coplan & Aronoff, LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
TEL (628) 600-2250  FAX (628) 221-5828

| Event | Old Deadline | New Deadline |
|---|---|---|
| FRCP 26(f) Conference | February 2, 2026 | March 4, 2026 |
| Initial Disclosures | February 9, 2026 | March 11, 2026 |
| Joint Status Report | February 17, 2026 | March 19, 2026 |
| Scheduling Conference | February 27, 2026 at 9:00 a.m. | March 30, 2026 at 9:00 a.m. or at another date/time most convenient for this Court. |

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Indeed, modifying or extending a responsive deadline is within the discretion of the trial judge. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.1992).

Good cause exists to extend Defendant's deadline to respond to the Complaint and the Court's deadlines in Dkt. No. 5 because the parties are exploring whether to consolidate this action with a related action that is also pending before this Court (*Brown v. Torrid*, Case No. 2:25-cv-02329-DGE). The Parties submit this request in good faith and not for the purpose of delay. Accordingly, the Parties request that this Court extend Defendant's deadline to respond to Plaintiffs' Complaint such that Defendant's response is due by February 11, 2026, Defendant's Opposition is due by April 13, 2026, and that Defendant's Reply is due April 27, 2026.

The Parties further stipulate and request that this Court extend the deadlines for the FRCP 26(f) Conference, Initial Disclosures, Joint Status Report, and Scheduling Conference by thirty (30) days as noted above.

STIPULATED MOTION AND ORDER
TO FURTHER EXTEND TIME TO
RESPOND TO COMPLAINT - 2
Case No: 3:25-cv-06020-DGE

**Benesch Friedlander Coplan & Aronoff, LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
TEL (628) 600-2250  FAX (628) 221-5828

| | | |
|---|---|---|
| 1 | Dated: January 7, 2026 | Respectfully submitted, |

*/s/ Meegan B. Brooks*
MEEGAN B. BROOKS, WSBA #62516
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: 628.600.2232
Email: mbrooks@beneschlaw.com

CORNELIA BRANDFIELD-HARVEY
**BAKER & HOSTETLER LLP (WA Bar No. 59746)**
999 3rd Ave, Ste. 3900
Seattle, Washington 98104
Telephone: 206-332-1380
cbrandfieldharvey@bakerlaw.com

*Attorney for Defendant Torrid, LLC*

Dated: January 7, 2026

*/s/ Michael Charles Tackeff (with authorization)*
MICHAEL CHARLES TACKEFF, *pro hac vice*
**STRANCH JENNINGS & GARVEY PLLC**
223 Rosa L Parks Ave, Ste 200
Nashville, TN 37203
Telephone: 615-254-8801
Email: mtackeff@stranchlaw.com

SAMUEL J. STRAUSS, WSBA #46971
**STRAUSS BORRELLI, LLP**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Email: sam@straussborrelli.com

*Attorneys for Plaintiffs Angellina Perez, Tabitha Dalton, Kaela Chong, and Chandler Heiss, on behalf of themselves and all others similarly situated*

STIPULATED MOTION AND ORDER
TO FURTHER EXTEND TIME TO
RESPOND TO COMPLAINT - 3
Case No: 3:25-cv-06020-DGE

**Benesch Friedlander Coplan & Aronoff, LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
TEL (628) 600-2250  FAX (628) 221-5828

# ORDER

IT IS SO ORDERED.

Dated this 7th day of January, 2026.

David G. Estudillo
United States District Judge

Presented by:

*/s/ Meegan B. Brooks*
Meegan B. Brooks, WSBA No. 62516
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone:  628.600.2232
Email:  mbrooks@beneschlaw.com

*Attorney for Defendant Torrid, LLC*

SAMUEL J. STRAUSS, WSBA #46971
**STRAUSS BORRELLI, LLP**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Email: sam@straussborrelli.com

MICHAEL CHARLES TACKEFF, *pro hac vice*
**STRANCH JENNINGS & GARVEY PLLC**
223 Rosa L Parks Ave, Ste 200
Nashville, TN 37203
Telephone: 615-254-8801
Email: mtackeff@stranchlaw.com

*Attorneys for Plaintiffs Angellina Perez, Tabitha Dalton, Kaela Chong, and Chandler Heiss, on behalf of themselves and all others similarly situated*

STIPULATED MOTION AND ORDER
TO FURTHER EXTEND TIME TO
RESPOND TO COMPLAINT - 4
Case No: 3:25-cv-06020-DGE

Benesch Friedlander Coplan & Aronoff, LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
TEL (628) 600-2250  FAX (628) 221-5828