THE HONORABLE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANGELLINA PEREZ, TABITHA DALTON, KAELA CHONG, and CHANDLER HEISS, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TORRID, LLC,<br><br>Defendant. | CASE NO.: 3:25-cv-06020-DGE<br><br>**STIPULATED MOTION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT;**<br>**[PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 10, 2026 |

Pursuant to Western District of Washington Local Rules 7 and 10, Plaintiffs Angellina Perez, Tabitha Dalton, Kaela Chong, Chandler Heiss, on their own behalf, and on behalf of all others similarly situated ("Plaintiffs") and Defendant Torrid, LLC ("Defendant"), together (the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1. Defendant's deadline to answer or otherwise respond to the Complaint in the above captioned action is further extended for a total of thirty (30) days from February 11, 2026 to and including to March 13, 2026 and that should Defendant file a Motion to Dismiss, the following briefing schedule shall apply: (a) Plaintiffs' Opposition shall be due May 12, 2026; and (b) Defendant's Reply shall be due May 26, 2026.

---

STIPULATED MOTION AND ORDER
TO FURTHER EXTEND TIME TO
RESPOND TO COMPLAINT - 1
CASE NO. 3:25-cv-06020-DGE

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

2. The Court's deadlines in Dkt. No. 14 (Order Regarding Initial Disclosures, Joint Status Report, Discover, Depositions, and Early Settlement) are continued thirty days:

| Event | Old Deadline | New Deadline |
| --- | --- | --- |
| FRCP 26(f) Conference | March 4, 2026 | April 3, 2026 |
| Initial Disclosures | March 11, 2026 | April 10, 2026 |
| Joint Status Report | March 19, 2026 | April 20, 2026 |
| Scheduling Conference | March 30, 2026 at 9:00 am | April 29, 2026 at 9:00 am or at another date/time most convenient for this Court. |

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Indeed, modifying or extending a responsive deadline is within the discretion of the trial judge. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.1992).

Good cause exists to extend Defendant's deadline to respond to the Complaint and the Court's deadlines in Dkt. No.14 as the parties have been discussing whether, and if so how, to coordinate this action and a related action that is also pending before this Court (*Brown v. Torrid*, Case No. 2:25-cv-02329-DGE). The Parties believe that it is most efficient to have this issue resolved before Defendant files a response to the Complaint in this action. The Parties submit this request in good faith and not for the purpose of delay.

Accordingly, the Parties request that this Court extend Defendant's deadline to respond to Plaintiffs' Complaint such that Defendant's response is due by March 13, 2026, Plaintiff's Opposition is due by May 12, 2026, and Defendant's Reply is due May 26, 2026.

The Parties further stipulate and request that this Court extend the deadlines for the FRCP 26(f) Conference, Initial Disclosures, Joint Status Report, and Scheduling Conference by thirty (30) days as noted above.

/ / /

STIPULATED MOTION AND ORDER
TO FURTHER EXTEND TIME TO
RESPOND TO COMPLAINT - 2
CASE NO. 3:25-cv-06020-DGE

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

| | | |
|---|---|---|
| 1 | Dated:  February 10, 2026 | **BAKER & HOSTETLER LLP** |
| 2 | | |
| 3 | | *s/ Cornelia Brandfield-Harvey* |
| | | Cornelia Brandfield-Harvey, WSBA #59746 |
| 4 | | 999 Third Avenue, Suite 3900 |
| | | Seattle, WA  98104-4076 |
| 5 | | Phone:  206-332-1380 |
| | | E-mail: cbrandfieldharvey@bakerlaw.com |
| 6 | | |
| | | *Attorney for Defendant Torrid, LLC* |
| 7 | | |
| 8 | Dated: February 10, 2026 | *s/ Michael Charles Tackeff (with authorization)* |
| | | Michael Charles Tackeff, pro hac vice |
| 9 | | **STRANCH JENNINGS & GARVEY PLLC** |
| | | 223 Rosa L Parks Avenue, Suite 200 |
| 10 | | Nashville, TN 37203 |
| | | Phone: 615-254-8801 |
| 11 | | Email: mtackeff@stranchlaw.com |
| 12 | | SAMUEL J. STRAUSS, WSBA #46971 |
| | | **STRAUSS BORRELLI, LLP** |
| 13 | | 980 N. Michigan Avenue, Suite 1610 |
| | | Chicago, IL 60611 |
| 14 | | Phone: 872-263-1100 |
| | | Email: sam@straussborrelli.com |
| 15 | | |
| 16 | | *Attorneys for Plaintiffs Angellina Perez, Tabitha Dalton, Kaela Chong, and Chandler Heiss, on behalf of themselves and all others similarly situated* |

STIPULATED MOTION AND ORDER
TO FURTHER EXTEND TIME TO
RESPOND TO COMPLAINT - 3
CASE NO. 3:25-cv-06020-DGE

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

ORDER

IT IS SO ORDERED.

Dated this _____ day of February, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Cornelia Brandfield-Harvey
Cornelia Brandfield-Harvey, WSBA #59746
**BAKER & HOSTETLER LLP**
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Phone: 206-332-1380
E-mail: cbrandfieldharvey@bakerlaw.com

*Attorney for Defendant Torrid, LLC*

MICHAEL CHARLES TACKEFF, *pro hac vice*
**STRANCH JENNINGS & GARVEY PLLC**
223 Rosa L Parks Avenue, Suite 200
Nashville, TN 37203
Phone: 615-254-8801
Email: mtackeff@stranchlaw.com

SAMUEL J. STRAUSS, WSBA #46971
**STRAUSS BORRELLI, LLP**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Phone: 872-263-1100
Email: sam@straussborrelli.com

*Attorneys for Plaintiffs Angellina Perez,*
*Tabitha Dalton, Kaela Chong, and Chandler Heiss,*
*on behalf of themselves and all others similarly situated*

STIPULATED MOTION AND ORDER
TO FURTHER EXTEND TIME TO
RESPOND TO COMPLAINT - 4
CASE NO. 3:25-cv-06020-DGE

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380