THE HONORABLE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANGELLINA PEREZ, TABITHA DALTON, KAELA CHONG, and CHANDLER HEISS, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TORRID, LLC,<br><br>Defendant. | CASE NO.: 3:25-cv-06020-DGE<br><br>**ORDER GRANTING STIPULATED MOTION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT (DKT. NO. 16)** |

ORDER- 1

This Court, after considering STIPULATED MOTION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT (the "Motion"), GRANTS the Motion. The deadlines identified in this Court's Order at Dkt. No. 14 are modified as follows:

| Event | Deadline |
| --- | --- |
| FRCP 26(f) Conference | April 3, 2026 |
| Initial Disclosures | April 10, 2026 |
| Joint Status Report | April 20, 2026 |
| Scheduling Conference | To be scheduled by Court |

IT IS SO ORDERED.

Dated this 11th of February, 2026.

David G. Estudillo
United States District Judge

ORDER- 2