THE HONORABLE DAVID G. ESTUDILLO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

ANGELLINA PEREZ, TABITHA DALTON, KAELA CHONG, and CHANDLER HEISS, on behalf of themselves and all other similarly situated,

Plaintiffs,

v.

TORRID, LLC,

Defendant.

Case No. 3:25-cv-06020-DGE

**STIPULATED MOTION TO FURTHER EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT AND CONTINUE ASSOCIATED CASE MANAGEMENT DEADLINES; ORDER**

**NOTE ON MOTION CALENDAR:
March 6, 2026**

Pursuant to Western District of Washington Local Rules 7 and 10, Plaintiffs Angellina Perez, Tabitha Dalton, Kaela Chong and Chandler Heiss, on their own behalf, and on behalf of all others similarly situated ("Plaintiffs") and Defendant Torrid, LLC ("Defendant"), together (the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on October 16, 2025 and Defendants removed it to this Court on November 14, 2025 (Dkt. No. 1);

WHEREAS, the Parties stipulated to request that this Court extend the deadline for Defendant to respond to Plaintiffs' Complaint from November 21, 2025 to January 12, 2026 so that Defendant had time to properly evaluate Plaintiffs' allegations and prepare an appropriate response (Dkt. Nos. 6-7);

STIPULATED MOTION TO FURTHER EXTEND
TIME TO RESPOND TO CLASS ACTION
COMPLAINT AND CONTINUE ASSOCIATED
CASE MANAGEMENT DEADLINES;
ORDER – 1
CASE NO. 3:25-cv-06020-DGE

**BALLARD SPAHR LLP**
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770
FAX: 424.204.4350

#4933-4786-5748 v1

WHEREAS, the Parties stipulated to request a further extension of the deadline for Defendant to respond to Plaintiffs' Complaint to February 11, 2026 and again to March 13, 2026, and that certain case management deadlines also be continued because the Parties were exploring whether to consolidate the action with a related action that was also pending before the court – and which has since been dismissed, *Brown v. Torrid,* Case No. 2:25-cv-02329-DGE), (Dkt. Nos. 12, 14, 16-17);

WHEREAS, counsel for Defendant recently transitioned to a new law firm, is still waiting to receive all of their casefiles, and requires additional time to get onboarded to the new law firm.  Given this transition and unique circumstance, the Parties agree, subject to the Court's approval, that Defendant shall have a further 30-day extension of time to respond to Plaintiffs' Complaint from March 13, 2026 to and including April 13, 2026 and that should Defendant file a Motion to Dismiss, the following briefing schedule shall apply: (a) Plaintiffs' Opposition shall be due May 13, 2026 and (b) Defendant's Reply shall be due June 3, 2026.

WHEREAS, the Parties further agree, subject to the Court's approval, that the Court's deadlines in its February 11, 2026 Order (Dkt. 17) and Notice of Rescheduled Hearing (Notice Only with no associated docket entry) are also continued by approximately 30-days:

| Event | Old Deadline | New Deadline |
|---|---|---|
| FRCP 26(f) Conference | April 3, 2026 | May 4, 2026 |
| Initial Disclosures | April 10, 2026 | May 11, 2026 |
| Joint Status Report | April 20, 2026 | May 18, 2026 |
| Trial Scheduling Conference | April 24, 2026 at 9:00 | May 27, 2026 at 9:00 am or at another date/time most convenient for this Court. |

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Indeed, modifying or extending a responsive deadline is within the discretion of the trial judge. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.1992).

STIPULATED MOTION TO FURTHER EXTEND
TIME TO RESPOND TO CLASS ACTION
COMPLAINT AND CONTINUE ASSOCIATED
CASE MANAGEMENT DEADLINES;
ORDER – 2
CASE NO. 3:25-cv-06020-DGE

#4933-4786-5748 v1

BALLARD SPAHR LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770
FAX: 424.204.4350

Good cause exists to extend Defendant's deadline to respond to Plaintiffs' Complaint and the Court's deadlines in Dkt. No.17 and the associated Notice of Rescheduled Hearing since counsel for Defendants recently transitioned to a new law firm, are still waiting to receive all of their casefiles, and require additional time to get onboarded to the new law firm.  The Parties submit this request in good faith and not for the purpose of delay.

Accordingly, the Parties request that this Court extend Defendant's deadline to respond to Plaintiffs' Complaint such that Defendant's response is due by April 13, 2026, and if Defendant files a Motion to Dismiss, Plaintiffs' Opposition shall be due May 13, 2026 and Defendant's Reply shall be due June 3, 2026.

The Parties further stipulate and request that this Court extend the deadlines for the FRCP 26(f) Conference, Initial Disclosures, Joint Status Report, and Scheduling Conference by thirty (30) days as noted above.

//

//

STIPULATED MOTION TO FURTHER EXTEND
TIME TO RESPOND TO CLASS ACTION
COMPLAINT AND CONTINUE ASSOCIATED
CASE MANAGEMENT DEADLINES;
ORDER – 3
CASE NO. 3:25-cv-06020-DGE

#4933-4786-5748 v1

BALLARD SPAHR LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770
FAX: 424.204.4350

**IT IS SO STIPULATED.**

DATED:  March 6, 2026

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Meegan B. Brooks*
Meegan B. Brooks, WSBA No. 62516
**BALLARD SPAHR LLP**
71 Stevenson Street, Suite 400
San Francisco, California 94105
Telephone:  415.318.2770
Facsimile:  424.204.4350
Email: brooksm@ballardspahr.com

**BAKER & HOSTETLER LLP**
Cornelia Brandfield-Harvey
Cornelia Brandfield-Harvey, WSBA #59746
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Phone: 206-332-1380
E-mail: cbrandfieldharvey@bakerlaw.com

*Attorneys for Defendant Torrid LLC*

STIPULATED MOTION TO FURTHER EXTEND
TIME TO RESPOND TO CLASS ACTION
COMPLAINT AND CONTINUE ASSOCIATED
CASE MANAGEMENT DEADLINES;
ORDER – 4
CASE NO. 3:25-cv-06020-DGE

#4933-4786-5748 v1

DATED:  March 6, 2026

*/s/ Samuel J. Strauss*

**STRAUSS BORRELLI PLLC**
Samuel J. Strauss, WSBA No. 46971
Raina C. Borelli*
980 N. Michigan Avenue, Suite 1610
Telephone: (872) 263-1100
Email: sam@straussborrelli.com
        raina@straussborrelli.com

**COHENMALAD, LLP**
Lynn A. Toops*
Natalie Lyons*
Ian Bensberg*
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Email: ltoops@cohenmalad.com
        nlyons@cohenmalad.com
        ibensberg@cohenmalad.com

**STRANCH, JENNINGS & GARVEY, PLLC**
J. Gerard Stranch, IV, *pro hac vice*
Michael C. Tackeff, *pro hac vice*
Andrew K. Murray*
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Email: gstranch@stranchlaw.com
        mtackeff@stranchlaw.com
        amurray@stranchlaw.com

*applications for *pro hac vice* forthcoming

*Attorneys for Plaintiffs Angellina Perez, Tabitha Dalton, Kaela Chong, and Chandler Heiss, on behalf of themselves and all other similarly situated*

STIPULATED MOTION TO FURTHER EXTEND
TIME TO RESPOND TO CLASS ACTION
COMPLAINT AND CONTINUE ASSOCIATED
CASE MANAGEMENT DEADLINES;
ORDER – 5
CASE NO. 3:25-cv-06020-DGE

#4933-4786-5748 v1

**BALLARD SPAHR LLP**
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770
FAX: 424.204.4350

**ORDER**

IT IS SO ORDERED:

Dated this 6th day of March, 2026.

David G. Estudillo
United States District Judge

Presented by:

*/s/ Meegan B. Brooks*
Meegan B. Brooks
**BALLARD SPAHR LLP**
71 Stevenson Street, Suite 400
San Francisco, California 94105
Telephone:  415.318.2770
Facsimile:  424.204.4350
Email: brooksm@ballardspahr.com

**BAKER & HOSTETLER LLP**
Cornelia Brandfield-Harvey
Cornelia Brandfield-Harvey, WSBA #59746
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Phone: 206-332-1380
E-mail: cbrandfieldharvey@bakerlaw.com

*Attorneys for Defendant Torrid LLC*

*/s/ Samuel J. Strauss*
**STRAUSS BORRELLI PLLC**
Samuel J. Strauss, WSBA No. 46971
Raina C. Borelli*
980 N. Michigan Avenue, Suite 1610
Telephone: (872) 263-1100
Email: sam@straussborrelli.com
raina@straussborrelli.com

STIPULATED MOTION TO FURTHER EXTEND
TIME TO RESPOND TO CLASS ACTION
COMPLAINT AND CONTINUE ASSOCIATED
CASE MANAGEMENT DEADLINES;
ORDER – 6
CASE NO. 3:25-cv-06020-DGE
#4933-4786-5748 v1

**COHENMALAD, LLP**
Lynn A. Toops*
Natalie Lyons*
Ian Bensberg*
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Email: ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com
**STRANCH, JENNINGS & GARVEY, PLLC**
J. Gerard Stranch, IV, pro hac vice
Michael C. Tackeff, pro hac vice
Andrew K. Murray*
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Email: gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

*applications for *pro hac vice* forthcoming

*Attorneys for Plaintiffs Angellina Perez, Tabitha Dalton, Kaela Chong, and Chandler Heiss, on behalf of themselves and all other similarly situated*

STIPULATED MOTION TO FURTHER EXTEND
TIME TO RESPOND TO CLASS ACTION
COMPLAINT AND CONTINUE ASSOCIATED
CASE MANAGEMENT DEADLINES;
ORDER – 7
CASE NO. 3:25-cv-06020-DGE
#4933-4786-5748 v1

**BALLARD SPAHR LLP**
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770
FAX: 424.204.4350